**Harold D. SAVITZ, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7038.

United States Court of Appeals, Federal Circuit.

March 25, 2010.

David J. Lowenstein, Goodman, Allen & Filetti, Arlington, VA, for Claimant–Appellant.

Daniel Rabinowitz, Michael J. Timinski, Michael G. Daugherty, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

ON MOTION

*ORDER*

Harold D. Savitz moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. All other pending motions are moot.

(2) Each side shall bear their own costs.